FILED

MAR 25 2010

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERTH MORALES-SAZO, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | Civ. No. 09-0460GT <br> Cr. No. 02-0807GT <br><br> **ORDER** |

On March 6, 2009, Defendant, Herberth Morales-Sazo ("Mr. Morales"), filed a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255. Mr. Morales has long completed his prison sentence in this case. Hence, Mr. Morales' Motion is moot. Although Mr. Morales was incarcerated at the time he filed this Motion, it was for a different case. Accordingly,

**IT IS ORDERED** that Mr. Morales Motion is **MOOT and therefore DENIED.**

March 25, 2010
date

GORDON THOMPSON, JR.
United States District Judge

cc: AUSA Bruce Castetter